# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

In the United States District Court
District of __MASSACHUSETTES__

**GEORGE WOODEN JR.**

Enter above the full name of the plaintiff in this action.

VS.
**F.M.C DEVENS**

**REGINA HUFFNAGLE**

Enter above the full name of the defendant or defendants in this action.

**04-40231 NG**

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff __GEORGE WOODEN JR. REG # 56075-066__

   Current Address __FEDERAL MEDICAL CENTER__
   __P.O. BOX 1600 BUTNER NC. 27509__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant __REGINA HUFFNAGLE__ is

   employed as __FEDERAL CORRECTIONAL OFFICER__

   at __FEDERAL MEDICAL CENTER DEVENS P.O. BOX 879 AYER MA-01432__

C. Additional Defendants _____

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. (Attach additional sheet if necessary).

On 2/10/04 & 2/17/04 C/o REGINA HUFFNAGLE VIOLATED MY 8th AMENDMENT. She sit my food trays on the ground while every other inmate get there food trays handed to them. She refused to give me supplies toilet paper, razors, soap, toothpaste, & writting paper I WAS HOUSED IN THE SPECIAL HOUSING UNIT IN THE INSTITUTION. On 1-17-04 C/o (REGINA HUFFNAGLE) EMBEZZELED A PHOTO OUT OF MY INCOMING MAIL, SHE ALSO STOLE A PHOTO OF MYSELF OUT OF MY PHOTO ALBUM. I GOT A LETTER FROM MY COUSIN JERONNE WESLEY STATING THAT HE HAD SENT ME PICTURES, LATER THAT NIGHT AFTER I RECEIVED MY LETTER, C/O (REGINA HUFFNAGLE) CONT.

### III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) I WANT C/O REGINA HUFFNAGLE SUSPENDED WITHOUT PAY FOR 5 YEARS. I ALSO WANT HER JAILED & TO PAY A 500 FINE. LASTLY I WANT ACTUAL DAMAGE MONETARY'S AND PUNITIVE DAMAGE MONETARY'S OF $$$ 1,000,000 $$$ ONE MILLION DOLLARS. I AM SUFFERING FROM MENTAL STRESS.

( x ) **Jury Trial**        ( ) **Non-Jury Trial**

### IV. Place of present confinement   FEDERAL MEDICAL CENTER BUTNER

A. Is there a prisoner grievance procedure in this Institution? ( x ) **Yes**    ( ) **No**

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

( x ) **Yes**    ( ) **No**

C. If your answer is **Yes**:

1. What steps did you take? BP 8$^1$/2   BP 9

2. What was the result? ALL OF MY ADMINISTRATIVE REMEDY'S WENT UNANSWERED. PLUS THE INSTITUTION WOULDN'T SEND MY PAPER WORK BACK TO ME.



ATTACHMENT SHEET

<u>CAME TO MY CELL WHILE HOUSED IN SPECIAL HOUSING UNIT</u>

<u>SHE REACHED IN HER BACK POCKET AND PULLED OUT A PICTURE</u>
<u>OF MY GIRLFRIEND. LATER ON THAT NIGHT I WENT TO THE</u>
<u>S.H.U. LAW LIBRARY FOR ONE HOUR WHILE I WAS IN THE</u>
<u>LAW LIBRARY C/O (REGINA HUFFNAGLE) SHOOK DOWN MY</u>
<u>CELL AND TOOK ANOTHER PICTURE, THIS PICTURE WAS</u>
<u>TAKEN OUT OF MY PHOTO ALBUM, IT WAS A PICTURE OF</u>
<u>ME. LATER AFTER I RETURN FROM THE LAW LIBRARY</u>
<u>AND SHE SHOW ME MY PICTURES SHE PROCEED TO DESTROY</u>
<u>THEM, THEN SHE GOES INTO A EMPTY CELL NEXT DOOR TO</u>
<u>MY CELL THEN FLUSHES IT DOWN THE TOILET. I PUSHED MY</u>
<u>CALL BUTTON IN MY CELL AND ASKED TO SPEAK TO THE L.T.</u>
<u>L.T. LAVORATO CAME AND I TOLD HIM WHAT HAD HAPPEN.</u>
<u>I ALSO TALKED TO L.T. DIAMOND AND EXPLAINED WHAT HAD</u>
<u>HAPPENED, AND L.T. DIAMOND GAVE ME C/O REGINA</u>
<u>HUFFNAGLE'S NAME SO I COULD START MY SUIT, AFTER</u>
<u>MY ADMINISTRATIVE REMEDY'S WERE COMPLETED</u>

C/O REGINA HUFFNAGLE ALSO DE-NIGH ME ACCESS TO
THE LAW LIBRARY. WHICH IS UNCONSTITUTIONAL.
  PEOPLE THAT I TALKED ON  1-17-04
  VERONICA FERNANDEZ J-UNIT MANAGER
  STEVE LARKIN J-UNIT COUNSELOR
  LIEUTENANT LAVORATO SPECIAL HOUSING UNIT L.T.
  LIEUTENANT DIAMOND OPERATIONS L.T.

                                        SINCERLY,
                                    GEORGE WOODEN JR.
                                        CC:04

ATTACHMENT SHEET

I WOULD LIKE THE FOLLOWING PEOPLE SUBPOENA FOR COURT ON MY BEHALF, THESE ARE MY CHARACTER WITNESSES.

INMATE ALEX MEJIA.

LIEUTENANT DIAMOND OPERATIONS LT

LIEUTENANT LAVORATO SPECIAL HOUSING UNIT LT.

SINCERELY

GEORGE WOODEN JR.

CC: 04

D. If your answer is NO, explain why not. _____
_____

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
   ( ) Yes    ( ) No

F. If your answer is YES:
   1. What steps did you take? _____
   _____

   2. What was the result? _____
   _____

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
   ( ) Yes    (X) No

B. If your answer to A is YES: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

   1. **Parties to previous lawsuit:**

      Plaintiff(s) _____
      _____

      Defendants _____
      _____

   2. Court (if federal court, name the District; if state court, name county): _____

   3. Docket number: _____

   4. Name of Judge to whom case was assigned _____

   5. Disposition (was the case dismissed? Appealed? Still pending?) _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

I declare under penalty of perjury that the foregoing is true and correct.

_9 /0 04_____                    __X /H.../ W..../_____
(Date)                                       (Signature of Plaintiff)

3/