# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT FEE

|  |  |  |
|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) | |
| IN THE CASE OF | | LOCATION NUMBER |
| GEORGE WOODEN JR. v.s. F.M.C. DEVENS | FOR Theft, negligence, medical malpractice Pain & suffering, Mail theft, cruel and unusual punishment | |
| MS. MAUREEN BURKE CONTRACTOR NURSE | AT F.M.C. DEVENS Boston, Mass | OFFICE |
| REGINA HUFFMAGLE c/o MR. S. ANSLEY | | '03 P 12: 24 |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| GEORGE WOODEN JR. | 1 ☐ Defendant--Adult | Magistrate |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | District Court |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor | 4 ☐ Probation Violator | |
| 922 G POSSESSION OF FIREARM BY CONVICTED FELON | 5 ☐ Parole Violator | Court of Appeals |
| | 6 ☐ Habeas Petitioner | |
| | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☒ Other (Specify) Civil Suit | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment 1-17-03
How much did you earn per month? $ 30.00  1 month of work
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — Gifts
RECEIVED: 40.00 / $40.00 / 32.00
SOURCES: BROTHER TOMMY FOR BIRTHDAY / BROTHER SEAN FOR MY BIRTHDAY / FROM FRIEND LENA MY BIRTHDAY

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ____  DESCRIPTION: ____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Credit card payment | | |
| | I owe J.C. Penney Department Store | $439 | $0.00 |
| | Parkview Hospital | $679 | $0.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11-20-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 56075066 | Current Institution: | Butner FMC |
| Inmate Name: | WOODEN, GEORGE | Housing Unit: | MED/SURG |
| Report Date: | 11/19/2004 | Living Quarters: | J02-011L |
| Report Time: | 12:25:28 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8986 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | FAI |
| Transferred To: | |
| Account Creation Date: | 3/15/2002 |
| Local Account Activation Date: | 6/3/2004 4:39:20 AM |
| Sort Codes: | |
| Last Account Update: | 11/17/2004 9:49:28 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

**FRP Plan Type**   **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $2.57 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $2.57 |
| National 6 Months Deposits: | $212.00 |
| National 6 Months Withdrawals: | $234.93 |
| National 6 Months Avg Daily Balance: | $29.75 |
| Local Max. Balance - Prev. 30 Days: | $86.27 |
| Average Balance - Prev. 30 Days: | $54.12 |

## Commissary History

### Purchases

    Validation Period Purchases: $18.15
    YTD Purchases: $60.60
    Last Sales Date: 11/17/2004 9:49:28 AM

### SPO Information

    SPO's this Month: 0
    SPO $ this Quarter: $0.00

### Spending Limit Info

    Spending Limit Override: No
    Weekly Revalidation: No
    Spending Limit: $290.00
    Expended Spending Limit: $10.75
    Remaining Spending Limit: $279.25

## Commissary Restrictions

### Spending Limit Restrictions

    Restricted Spending Limit: $0.00
    Restricted Expended Amount: $0.00
    Restricted Remaining Spending Limit: $0.00
    Restriction Start Date: N/A
    Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

PER DHO FMC BUT

## Deposits

| | | |
|---|---|---|
| Inmate Reg #: | 56075066 | Current Institution: | Butner FMC |
| Inmate Name: | WOODEN, GEORGE | Housing Unit: | MED/SURG |
| Report Date: | 11/19/2004 | Living Quarters: | J02-011L |
| Report Time: | 12:31:54 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 10/6/2004 1:46:06 PM | BUF2007 | Local Collections | $40.00 | 177 | |
| 9/27/2004 1:43:19 PM | BUF2005 | Local Collections | $32.00 | 7447 | |
| 9/23/2004 1:35:39 PM | BUF2005 | Local Collections | $80.00 | 7373 | |
| 9/13/2004 1:25:13 PM | BUF2005 | Local Collections | $5.00 | 7029 | |
| 9/10/2004 2:43:07 PM | BUF2010 | Payroll - IPP | $25.00 | 4JV0198 | |
| 7/20/2004 1:27:14 PM | BUF2005 | Local Collections | $25.00 | 5344 | |
| 7/19/2004 1:25:09 PM | BUF2005 | Local Collections | $5.00 | 5287 | |