UNITED STATES DISTRICT COURT

_Northeast_ DISTRICT OF _Massachusetts_

FILED
CLERKS OFFICE

2005 FEB 22 P 3:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>_George Wooden Jr._<br>          Defendant<br>_FMC Devens_ | : Case No.:<br>:<br>: MOTION FOR APPOINTMENT OF<br>: COUNSEL<br>:<br>:<br>:<br>:<br>: |

NOW COMES, _George Wooden Jr._, filing Pro Se, seeking from this Honorable Court appointment of counsel[1] to assist in Defendant's:

1. Title 28 U.S.C. § 2255 Motion          _____

2. Title 28 U.S.C. § 2241 Motion          _____

3. Direct Appeal                          _____

4. Evidentiary Hearing                    _____

5. Other: _Civil law Suit_ _____

Defendant hereby submits that he is indigent[2] and that counsel will be necessary in the present action/proceeding to

---

[1] See Title 18 U.S.C. § 3006A

[2] See Copy of Inmate Account Enclosed

MOTION FOR COUNSEL - 1

ensure that his constitutional rights are protected in accords to the Sixth Amendment to the United States Constitution.

WHEREFORE, for all the above reasons, Plaintiff hereby requests of this Honorable Court the benefit of appointment of counsel and any futher relief this court deem fair and appropriate.

Respectfully submitted this 15th, day of FEBRUARY, 2005

                               NAME: GEORGE WOODEN JR.
                               NUMBER: 56075-066
                               FEDERAL MEDICAL CENTER
                               P.O. BOX 1600
                               BUTNER, NC. 27509

*[signature]*

CC: as

motion for counsel-2

## Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 56075066 | Current Institution: | FMC/DEV |
| Inmate Name: | WOODEN, GEORGE | Housing Unit: | MED/SURG |
| Report Date: | 12/05/2004 | Living Quarters: | J02-011L |
| Report Time: | 3:14:04 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

FILED
CLERKS OFFICE
2005 FEB 22 P 3:06
U.S. DISTRICT COURT
DISTRICT OF MASS

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8986 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | FAI |
| Transferred To: | |
| Account Creation Date: | 3/15/2002 |
| Local Account Activation Date: | 6/3/2004 4:39:20 AM |
| Sort Codes: | |
| Last Account Update: | 11/23/2004 8:46:44 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $0.02 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.02 |
| National 6 Months Deposits: | $212.00 |
| National 6 Months Withdrawals: | $237.48 |
| National 6 Months Avg Daily Balance: | $29.92 |
| Local Max. Balance - Prev. 30 Days: | $53.32 |
| Average Balance - Prev. 30 Days: | $13.41 |

http://140.1.60.16/InmateInquiryCombined.aspx

## Commissary History

### Purchases

Validation Period Purchases: $20.70
YTD Purchases: $63.15
Last Sales Date: 11/23/2004 8:46:44 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $13.30
Remaining Spending Limit: $276.70

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

PER DHO FMC BUT

http://140.1.60.16/InmateInquiryCombined.aspx                                12/5/2004