**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **GEORGE WOODEN, JR.,**  )  <br>     **Plaintiff,**            )  <br>                              )  <br>     v.                      )  <br>                              )  <br> **FMC DEVENS, ET AL.,**       )  <br>     **Defendant.**           ) | **C.A. No. 04-40231-NG**  <br> **LEAD DOCKET NUMBER** |
| GEORGE WOODEN, JR.,          )  <br>     Plaintiff,               )  <br>                              )  <br>     v.                       )  <br>                              )  <br> FMC DEVENS, ET AL.,          )  <br>     Defendant.               ) | C.A. No. 04-40254-NG |
| GEORGE WOODEN, JR.,          )  <br>     Plaintiff,               )  <br>                              )  <br>     v.                       )  <br>                              )  <br> FMC DEVENS, ET AL.,          )  <br>     Defendant.               ) | C.A. No. 04-40255-NG |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION

The three cases above are **ORDERED** consolidated under the **lead case, docket number 04-40231-NG**, pursuant to Fed. R. Civ. P. 42 because they involve common parties and common legal and factual issues.

**All future pleadings and submissions shall be filed only under the lead case number, 04-40231-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: March 24, 2005**                              **s/ NANCY GERTNER, U.S.D.J.**