UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GEORGE WOODEN, JR.,            )
      Plaintiff,               )
                               )
      v.                       )    C.A. No. 04-40231-NG
                               )
FMC DEVENS and REGINA HUFFNAGLE,)
      Defendants.              )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
GEORGE WOODEN, JR.,            )
      Plaintiff,               )
                               )
      v.                       )    C.A. No. 04-40254-NG
                               )
FMC DEVENS, MAUREEN BURKE, and )
FMC DEVENS PHARMACY,           )
      Defendants.              )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
GEORGE WOODEN, JR.,            )
      Plaintiff,               )
                               )
      v.                       )    C.A. No. 04-40255-NG
                               )
FMC DEVENS and REGINA HUFFNAGLE,)
      Defendants.              )
```

NOTICE FOR PAYMENT OF PRISONER FILING FEE

To:  THE TREASURER'S OFFICE AT ___FMC Butner___ AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

   Plaintiff, a prisoner proceeding <u>pro se</u> and <u>in forma pauperis</u>, is obligated to pay the statutory filing fee of <u>$150.00 for each of the above-captioned cases</u> (total amount of filing fees to be collected pursuant to this notice is $450.00).  See 28 U.S.C. § 1915(b)(1).

   Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been <u>assessed</u> an initial partial filing fee of $7.06 in each of the three cases captioned in this Notice.  Pursuant to the enclosed order of the Court dated March 24, 2005, the initial partial filing fees and the remainder of the three filing fees shall be <u>collected</u> as follows:

    (1)  An initial partial filing fee of $7.06 for civil action number 04-40231-NG is due within ten (10) business days of receipt of this Notice;

    (2)  Once the initial partial filing fee of $7.06 has been paid in civil action number 04-40231-NG, the remaining $142.94 of the filing fee in that case shall be collected in accordance with 28 U.S.C. § 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid;

    (3)  Once Wooden has paid the entire filing fee for civil action number 04-40231-NG, the filing fee for civil action number 04-40254-NG shall be collected in the manner set forth in (1), (2), above, with an initial partial filing fee of $7.06;

    (4)  After the filing fee for civil action number 04-40254-NG has been paid in full, the filing fee for civil action number 04-40255-NG shall also be collected in the manner set forth in (1), (2), above, with an initial partial filing fee of $7.06.

    The Treasurer's Office at the institution designated above is required to send to the Clerk of the Court the initial partial filing fees and monthly payments from plaintiff's prison trust account (or institutional equivalent) each time the amount in the prisoner's account exceeds $10.00.  28 U.S.C. § 1915(b)(2).  The monthly payments shall be sent on the last day of each month, beginning in the month subsequent to the date of this notice.  The monthly payments shall continue until the balance of <u>$ 450.00</u> is paid in full.

    The prisoner's name and case number must be noted on each remittance.  If a single check is provided in payment of filing fees for more than one prisoner, the amount to be allocated to each prisoner and case must be noted.  All checks should be made payable to the "Clerk, U. S. District Court" and transmitted to:

                U. S. District Court
                Cashier - Suite 2300
                1 Courthouse Way
                Boston, MA  02210

                SARAH A. THORTON, CLERK


                By:  /s/ Jeanette McGlamery
Date:     3/31/2005                  Deputy Clerk

cc: Plaintiff