5-30-05

FILED OFFICE
05 JUN -6 P 2:33

Dear Honorable Judge Nancy Gertner, Hello!

My name is George Wooden Jr.

I filed a civil suit against Federal Medical Center Devens

Case Number: 4:04-CV-40231-NG Wooden V. F.M.C. Devens et al

I just want to inform you that I want "all" my suits dropped. I do not wish to pursue my civil suits 1983 any longer. I do not have the funds or lawyer. So I wish not to continue any further. Thank you for your time and assistance that you put into this suit please send the money back that I payed for installments $9.33. Thank you.

Thank you!

Sincerely
George Jr.
05

# Orders on Motions

4:04-cv-40254-NG Wooden v. F.M.C. Devens et al

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 3/25/2005 at 10:45 AM EST and filed on 3/24/2005
**Case Name:**        Wooden v. F.M.C. Devens et al
**Case Number:**      4:04-cv-40254
**Filer:**
**Document Number:** 3

**Docket Text:**
Judge Nancy Gertner : MEMORANDUM AND ORDER ON APPLICATIONS TO PROCEED WITHOUT PREPAYMENT OF FILING FEES entered (re: C.A. 04-40231-NG; C.A. 04-40254-NG; C.A. 04-40255-NG): 1) An initial partial filing fee for civil action number 04-40231-NG of $7.06 is assessed at this time, and shall be collected immediately; 2) If Wooden does not have funds in his account to pay the initial partial filing fee, pursuant to 28 U.S.C. sec. 1915(b)(4), the lawsuit shall nonetheless go forward; 3) Once the initial partial filing fee of $7.06 has been paid in civil action number 04-40231-NG, the remaining $142.94 of the filing fee in that case shall be collected in accordance with 28 U.S.C. sec. 1915(b)(2). 4) When Wooden has paid the entire filing fee for civil action number 04-40231-NG, the filing fee for civil action number 04-40254-NG shall be collected in the manner set forth in (1)-(3), above, with an initial partial filing fee of $7.06; 5) After the filing fee for civil action number 04-40254-NG has been paid in full, the filing fee for civil action number 04-40255-NG shall also be collected in the manner set forth in (1)-(3), above, with an initial partial filing fee of $7.06;6) The Clerk shall send a copy of this Order to the institution having custody of Wooden; 7) The Clerk shall return the complaint to the Court for screening on the merits pursuant to 28 U.S.C. sec. 1915 (e)(2) and 1915A; 8)Summonses shall NOT issue pending the completion of the screening on the merits (Greenberg, Rebecca)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=3/25/2005] [FileNumber=907287-0]
[84b88179e8b0457c91db1b4e961a839f0789f2428001e20befb3f16183ec190988b3
648d372350e2e078cf78557948e1203c389e8b4f37195bf7e36ff7949240]]

**4:04-cv-40254 Notice will be electronically mailed to:**

**4:04-cv-40254 Notice will not be electronically mailed to:**

George Wooden, Jr